PJC
F.# 2021R00440

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

FENG JIANG,
    also known as "Jeff,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

24-CR-264

        Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by U.S. Department of Justice Trial Attorney Patrick J. Campbell, for an order unsealing the above-captioned matter in its entirety, in light of the defendant's arrest.

        WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:    Brooklyn, New York
           June 26, 2024

*Joseph A. Marutollo*
_____
THE HONORABLE JOSEPH A. MARUTOLLO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK