

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PJC
F. #2021R00440

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 26, 2024

By E-mail

The Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Feng Jiang
                Docket No. 24-CR-264 (ENV)

Dear Judge Marutollo:

      The government respectfully moves for an order unsealing the above-referenced matter in its entirety, in light of the defendant's arrest.

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

                By:        /s/
                         Patrick J. Campbell
                         Trial Attorney
                         Criminal Division, Fraud Section
                         U.S. Department of Justice
                         (202) 262-7067

Enclosure

cc:    Clerk of Court (by ECF)