

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:TRP
F. #2024R00579

271 Cadman Plaza East
Brooklyn, New York 11201

September 19, 2025

By ECF
The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Feng Jiang
              Criminal Docket No. 24-264 (ARR)

Dear Judge Ross:

      Enclosed please find a proposed Amended Preliminary Order of Forfeiture (the "Amended Order") in the above-referenced case, the terms of which the defendant, Feng Jiang, has agreed to. On March 12, 2025, the Court entered a Preliminary Order of Forfeiture against the defendant (ECF No. 26). The proposed Amended Order amends the Preliminary Order of Forfeiture to add the forfeiture of funds on deposit in Fidelity 3122 account number XXXX3122, and to specify the credits toward the defendant's forfeiture money judgment.

      The government respectfully requests that the Court "so order" and enter the enclosed Amended Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Tanisha R. Payne
       Tanisha R. Payne
       Assistant U.S. Attorney
       718-254-6358

Encl.: Amended Preliminary Order of Forfeiture
cc:     Counsel of Record (by ECF)